# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronnie Roy Vera,<br><br>    Petitioner,<br><br>v.<br><br>David Shinn,<br><br>    Respondent. | No. CV 15-613-TUC-FRZ (DTF)<br><br>**ORDER** |

  This case is referred to Magistrate Judge D. Thomas Ferraro for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2 of the Rules of Practice of the United States District Court for the District of Arizona, Local Rules of Civil Procedure.

  Magistrate Judge Ferraro issued his Report and Recommendation on May 21, 2020, recommending that the District Court decline to exercise its authority and deny Petitioner's Motion for Expedited Hearing and Release From Custody.

  Petitioner filed an objection to which Respondent filed a response in opposition.

  Before the Court for consideration are Petitioner's motion (Doc. 73), the response in opposition (Doc. 76), Petitioner's reply (Doc. 77), and all supplementation and amendments thereto; the Report and Recommendation (Doc. 79); Petitioner's objection (Doc. 83), Respondent's response to the objection (Doc. 89), Petitioner's reply (Doc. 91), and Petitioner's amendments, corrections and supplementation thereto.

Upon an independent review of the pleadings, the Report and Recommendation, and all filings, the Court finds no substantive authority to grant the relief requested; therefore, the findings and recommendation of the Magistrate Judge shall be adopted. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 79) is hereby **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;

**IT IS FURTHER ORDERED** that Petitioner's Motion for Expedited Hearing and Release From Custody (Doc. 73) is **denied** at this time;

**IT IS FURTHER ORDERED** that all other pending matters are **denied as moot**;

**IT IS FURTHER ORDERED** that this habeas matter shall remain referred to Magistrate Judge Ferraro for further proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2 of the Rules of Practice of the United States District Court for the District of Arizona, Local Rules of Civil Procedure.

Dated this 11th day of September, 2020.

_____
Honorable Frank R. Zapata
Senior United States District Judge